UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
RAMAN KUMAR, *individually and on behalf
of others similarly situated*,

                Plaintiff

       - against -                       **ORDER ADOPTING REPORT
                                                 AND RECOMMENDATION**

WOODHAVEN DISCOUNT WINE &               19-CV-805 (RJD) (SMG)
LIQUOR INC. (D/B/A WOODHAVEN
DISCOUNT WINE & LIQUOR), GNG WINE
& LIQUOR INC. (D/B/A GNG WINE &
LIQUOR), HOOK DISCOUNT WINE AND
LIQUOR INC. (D/B/A HOOK DISCOUNT
WINE AND LIQUOR), SOUTH FACE WINE
& LIQUOR INC. (D/B/A SOUTH FACE
WINE & LIQUOR), TS WINES & LIQUORS
INC. (D/B/A TS WINES & LIQUOR), and
GURINDER SINGH,
                Defendants.
------------------------------------------------------------ x

DEARIE, District Judge

       There being no objections to Magistrate Judge Gold's Report & Recommendation dated August 15, 2019, recommending approval of the parties' proposed settlement, the Court adopts the Report & Recommendation in its entirety. Accordingly, the Court hereby grants the parties' Joint Motion for Approval of the Settlement Agreement, ECF No. 16, filed on July 23, 2019.

SO ORDERED.

Dated: Brooklyn, New York
         August 30, 2019

                                                        s/ Raymond J Dearie
                                                        RAYMOND J. DEARIE
                                                        United States District Judge